# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:25-cv-08412-AJR | Date | November 5, 2025 |
| Title | Haydee Reynoso et al. v. General Motors LLC, et al. | | |

| | |
|---|---|
| Present: | Hon. A. Joel Richlin, U.S. Magistrate Judge |

| | |
|---|---|
| Bea Martinez | C/S 11/5/2025 |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys for Plaintiff(s): | Attorneys for Defendant(s): |
| Stephanie S. Pengilley (by video) | Angelica Anguiano (by video) |

**Proceedings:** MINUTES OF MOTION TO REMAND AND SCHEDULING CONFERENCE

On November 5, 2025, the Court held a hearing on Plaintiffs' Motion to Remand as well as a Rule 16 Scheduling Conference. After hearing argument from the parties, the Court took the Motion to Remand under submission. The Court also discussed the draft scheduling order with the parties and advised that it would issue a scheduling order promptly after ruling on the Motion to Remand.

IT IS SO ORDERED.                                                                                                        00:16